UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ACCESS MORTGAGE AND
FINANCIAL CORPORATION,

      Plaintiffs,

-vs-                              Case No.  03-71527

ACCESS MORTGAGE CORPORATION,

      Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court has been advised by the attorneys of record that a settlement has been reached and that appropriate papers would be submitted to the Court.

In accordance with the parties representations, this case hereby is DISMISSED WITHOUT PREJUDICE.   This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs.

      SO ORDERED.

                                                s/Avern Cohn
Dated:  June 16, 2005                    AVERN COHN
                                     UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to counsel of record on this date, June 16, 2005, by electronic and/or ordinary mail.

                                             s/Julie Owens
                                             Case Manager, (313) 234-5160